| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Pierce Bainbridge Beck Price & Hecht LLP<br>David L. Hecht, Esq.<br>277 Park Avenue 45th Floor<br>New York, NY 10172<br>　*Telephone No:* 212-484-9866<br>　*Attorney For:* Plaintiff<br>*Ref. No. or File No.:* | **For Court Use Only** |

*Insert name of Court, and Judicial District and Branch Court:*
USDC-Southern District of New York

*Plaintiff:* Social Technologies, LLC
*Defendant:* Apple, Inc. and Thomas La Perle

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:19-cv-09050-ER |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Request for Issuance of Summons, Complaint, Civil Cover Sheet

3. a. Party served:     Apple, Inc.
   b. Person served:    Daisy Montenegro, CT Corporation System, Registered Agent , authorized to accept, served under F.R.C.P. Rule 4.

4. Address where the party was served:   818 W 7th St Suite 930, Los Angeles, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Oct 14 2019 (2) at: 12:30 PM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)              d. *The Fee* for Service was:
   b. FIRST LEGAL
   　 1517 W. Beverly Blvd.
   　 LOS ANGELES, CA 90026
   c. (213) 250-1111

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

10/15/2019
(Date)                                        (Signature)



PROOF OF SERVICE

3873512
(322761)