Case 1:19-cv-09050-ER   Document 9   Filed 10/28/19   Page 1 of 1

| Attorney or Party without Attorney:<br>Pierce Bainbridge Beck Price & Hecht LLP<br>David L Hecht, Esq.<br>277 Park Avenue 45th Floor<br>New York, NY 10172<br>*Telephone No:* 212-484-9866<br>*Attorney For:* Plaintiff | *Ref. No. or File No.:* | **For Court Use Only** |
|---|---|---|

| *Insert name of Court, and Judicial District and Branch Court:*<br>USDC-Southern District of New York |
|---|
| *Plaintiff:* Social Technologies, LLC<br>*Defendant:* Apple, Inc. and Thomas La Perle |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:19-cv-09050-ER |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Request for Issuance of Summons, Complaint, Civil Cover Sheet

3. a. Party served:   Thomas La Perle
   b. Person served:  Thomas La Perle, served under F.R.C.P. Rule 4.

4. Address where the party was served:   138 Ramoso Rd, Portola Valley, CA 94028

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Oct 14 2019 (2) at: 12:15 PM

6. **Person Who Served Papers:**
   a. Edgar Mendez (2017-0001328, San Francisco)
   b. FIRST LEGAL
      1202 Howard Street
      SAN FRANCISCO, CA 94103
   c. (415) 626-3111

   d. **The Fee** for Service was:

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*



10/15/2019
(Date)                                                         (Signature)



PROOF OF SERVICE

3873518
(322762)