Dale M. Cendali
Mary Mazzello
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
dale.cendali@kirkland.com
mary.mazzello@kirkland.com

Megan L. McKeown
KIRKLAND & ELLIS LLP
609 Main Street
Houston, TX 77002
Telephone: (713) 836-3499
megan.mckeown@kirkland.com

*Attorneys for Defendants Apple Inc.
and Thomas La Perle*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SOCIAL TECHNOLOGIES, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>APPLE INC. and THOMAS LA PERLE,<br><br>        Defendants. | CASE NO. 1:19-cv-09050-ER<br><br><br>**DEFENDANT APPLE INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Apple Inc., by and through its undersigned counsel, certifies that it does not have a parent corporation and knows of no publicly held corporation that owns ten percent or more of its issued and outstanding common stock.

Dated:  New York, New York
       October 31, 2019

*/s/ Dale M. Cendali*

Dale M. Cendali
Mary Mazzello
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
dale.cendali@kirkland.com
mary.mazzello@kirkland.com

Megan L. McKeown
KIRKLAND & ELLIS LLP
609 Main Street
Houston, TX 77002
Telephone: (713) 836-3499
megan.mckeown@kirkland.com

*Attorneys for Defendants Apple Inc.*
*and Thomas La Perle*