# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Dale M. Cendali, P.C.
To Call Writer Directly:
+1 212 446 4846
dale.cendali@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

November 7, 2019

**Via ECF**

Hon. Edgardo Ramos
U.S. District Court
Southern District of New York, Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *Social Technologies, LLC v. Apple Inc. et al*, No. 1:19-cv-09050 (ER)

Dear Judge Ramos:

We represent Defendants Apple Inc. ("Apple") and Thomas R. La Perle ("La Perle," collectively "Defendants") in the above-referenced litigation. We write jointly with counsel for Plaintiff Social Technologies LLC ("Social Tech") to request an adjournment of the pre-motion conference currently scheduled for November 14, 2019 at 3:30 p.m. *See* Ord. (Dkt. No. 15).

Counsel for Defendants and counsel for Social Tech both have conflicts on November 14, 2019. The parties, however, are available the following week in the afternoon on Thursday, November 21.

Thus, the parties respectfully request that Your Honor adjourn the November 14 conference to the afternoon of Thursday, November 21 or to such other date as the Court finds amenable. No prior requests to adjourn the pre-motion conference have been submitted.

Sincerely,

/s/ Dale M. Cendali

Dale M. Cendali, P.C.

cc:     Counsel of Record (via ECF)